NEW YORK COUNTY.—HON. D. C. CALVIN, SURROGATE.—
August, 1877.

## MATTER OF DUNCAN.

*In the matter of the estate of* PETER W. DUNCAN,
*deceased.*

While the provisions of the *Revised Statutes* (2 R. S., 76, § 39, as amended
by Laws of 1837, ch. 460, § 24, p. 529,) do not refer to compensation to
be allowed to a collector of an estate or special administrator, still,
since he is required to give security, and, under the statute of 1870 (1
Laws of 1870, ch. 359, § 10, p. 828,) may pay debts under authority of
the surrogate, *Held* that upon his accounting and paying over the assets
to the administrator appointed, he should be allowed the full commis-
sions of an administrator.

THE question determined came up on the accounting
of a collector of a decedent's estate, appointed by
the surrogate.

VERNON & HILL, *for the collector.*

HENRY TAYLOR, *for the next-of-kin.*

THE SURROGATE. — The question submitted is,
whether the special administrator or collector is en-
titled to commissions, the same as executors and admin-
istrators, for receiving and paying out moneys. It has
been assumed, generally, in practice that the special
administrator was entitled to the same commissions as
an ordinary executor or administrator, though the
statute (2 *R. S.*, 76, § 39,) makes no provision for his
compensation, except that it provides that he may
exercise such authority at such reasonable expense as
the surrogate shall allow. I am of the opinion that
the word *expense* in that statute does not refer to the

compensation to be allowed a collector for the performance of his duty; but while his duties are somewhat restricted, yet he acts under the authority of the surrogate, is required to give security for the right performance of his duty, and under the act of 1870 (ch. 359, § 10), and under the authority of the surrogate, he may pay the debts of the estate. I see no reason why he should not be compensated at the same rate as an administrator, and where he accounts for the purpose of paying over the fund to the administrator when appointed, under the order of the surrogate, I am of the opinion that he should be allowed full per centage for receipt and payment over.

Order accordingly.